IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| OSCAR AND BEATRICE DIXON § <br> § <br> V.  § <br> § <br> TRAVELERS LLOYDS OF TEXAS § <br> INSURANCE COMPANY § | CIVIL ACTION NO. 1:21-CV-00160 <br> JUDGE MICHAEL TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal. [Dkt. 15]. The parties seek a dismissal with prejudice of all claims and causes action asserted in this matter.

It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE, and the parties shall bear their own attorneys' fees and costs.

It is further ORDERED that all pending motions in this matter be DENIED as moot.

**SIGNED this 26th day of October, 2021.**

_____
Michael J. Truncale
United States District Judge